1  BRODSKY MICKLOW BULL & WEISS LLP
   Kurt Micklow, State Bar No. 113974
2  Edward M. Bull III, State Bar No. 141966
   384 Embarcadero West, Suite 200
3  Oakland, California, 94607-3704
   Telephone:  (510) 268-6180
4  Facsimile:   (510) 268-6181

5  Attorneys for Plaintiff
   REGINALD ATTEBURY
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
   REGINALD ATTEBURY,                )   CASE NO. 4:14-CV-03039-SC
11                                   )
                   Plaintiff,        )   STIPULATION AND
12                                   )   ~~PROPOSED~~ ORDER
   vs.                               )   CONTINUING CASE
13                                   )   MANAGEMENT
   TRIPLE STAR LLC, and DOES 1-5, in )   CONFERENCE
14 personam, and F/V TRIPLE STAR, her )   [Local Rule 7-12]
   engines, tackle, apparel, furniture, and )
15 appurtenances, in rem;            )   Date:    December 12, 2014
                                     )   Time:    10:00 a.m.
16                 Defendants.       )   Court:   1, 17th Floor
                                     )
17 _____  )

18                             **STIPULATION**

19     Pursuant to Local Rule 7-12, Plaintiff REGINALD ATTEBURY

20 ("Plaintiff") and Defendant TRIPLE STAR LLC ("Defendant"), by and through

21 their respective counsel of record herein, agree and stipulate that the Court be

22 respectfully requested to continue the Case Management Conference currently

23 scheduled for December 12, 2014, until a date convenient for the Court in January

24 or February 2015. The continuance is requested due to the severe weather

25 expected in the Bay Area on December 11-12, 2014. Counsel for parties will need

26 to travel significant distances to attend the conference as scheduled, including one

27 counsel traveling from Seattle. The Defendant is currently paying Plaintiff's

28 maintenance and cure, and the parties agree that there will be no prejudice to any

1  of them should the Court favorably consider this request and order the Case
2  Management Conference continued to a date convenient to the Court in January or
3  February 2015.

4  DATED: December 9, 2014          BRODSKY MICKLOW BULL & WEISS LLP
5
6                                   By:  /s/ Kurt Micklow
                                         Kurt Micklow
7
                                    Attorneys for Plaintiff
8                                   REGINALD ATTEBURY
9
10 DATED: December 9, 2014          COX WOOTTON LERNER GRIFFIN HANSEN
                                    & POULOS LLP
11
12                                  By:  /s/ Galin G. Luk
                                         Galin G. Luk
13
                                    LEGROS BUCHANAN & PAUL
14
15                                  By:  /s/ Dustin C. Hamilton
                                         Dustin C. Hamilton, Pro Hac Vice
16
                                    Attorneys for Defendant
17                                  TRIPLE STAR LLC
18
                                    **ORDER**
19
20       Pursuant to Stipulation, IT IS ORDERED that the Case Management
21 Conference currently scheduled for December 12, 2014, be continued to
22 __February 6____, 2015, at 10:10 a.m., in Courtroom 1, 17th Floor.  Parties shall file
23 a new joint case management statement at least seven days prior to the next hearing.
24 DATED:  __12/10/2014_____            _____
25                                           Hon. Samuel Conti
                                             UNITED STATES DISTRICT JUDGE
26
27
28