1  BRODSKY MICKLOW BULL & WEISS LLP
   Kurt Micklow, State Bar No. 113974
2  kmicklow@bmbwlawfirm.com
   Edward M. Bull III, State Bar No. 141966
3  1070 Marina Village Parkway, Suite 200
   Alameda, CA 94501
4  Telephone:  (510) 268-6180
   Facsimile:   (510) 268-6181
5
   Attorneys for Plaintiff
6  REGINALD ATTEBURY

7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 REGINALD ATTEBURY,            )  CASE NO. 4:14-CV-03039-SC
                                 )
12                Plaintiff,     )  **ADMINISTRATIVE MOTION
                                 )  TO WITHDRAW AS COUNSEL**
13 vs.                           )
                                 )  **[Local Rules 7-11 and 11-5]**
14 TRIPLE STAR LLC, and DOES 1-5, *in* )
   *personam,* and F/V TRIPLE STAR, her )
15 engines, tackle, apparel, furniture, and )
   appurtenances, *in rem*;      )
16                               )
                  Defendants.    )
17 _____)

18
        Counsel for Plaintiff REGINALD ATTEBURY respectfully requests
19
   pursuant to Local Rules 7-11 and 11-5 that he and his firm be permitted by order
20
   of the Court to withdraw as attorneys of record for Plaintiff in this case.
21
                          **ADMINISTRATIVE MOTION**
22
        Pursuant to Local Rule 11-5(a), Counsel for Plaintiff seeks an order
23
   permitting him and his firm to withdraw as counsel.  Good cause exists to grant
24
   this motion based on the Declaration of Kurt Micklow submitted herewith.  Due to
25
   a breakdown of the attorney client relationship between the Plaintiff and his
26
   attorneys of record, Brodsky Micklow Bull & Weiss LLP, Counsel can no longer
27
   fulfill the legal and ethical  duties they owe to their client, Mr. Attebury, nor are
28
   they able to fulfill their obligations to the Court or to the opposing parties and

1 their attorneys.

2     Plaintiff has indicated that he intends to obtain other counsel, but no
3 attorneys have come forward yet to make an appearance on Plaintiff's behalf.
4 Nonetheless, Counsel request that they be permitted to withdraw at this time.
5 Counsel agree to the withdrawal being subject to the condition pursuant to Local
6 Rule 11-5(b) that papers may continue to be served on counsel for forwarding
7 purposes, unless and until the Plaintiff appears by other counsel or pro se.

DATED: June 2, 2015        BRODSKY MICKLOW BULL & WEISS LLP

By:   /s/ Kurt Micklow
       Kurt Micklow

Attorneys for Plaintiff
REGINALD ATTEBURY

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

CASE NAME: Attebury v. Triple Star LLC et al
CASE NO.: U.S.D.C. for the Northern District of California. 3:14-cv-03039-SC

I, the undersigned, am over 18 years of age, and not a party to the within entitled action; I am employed at and my business address is 1070 Marina Village Parkway, Suite 200, Alameda, California. On this date, June 2, 2015, I served the following document(s):

**ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL**

on the Plaintiff, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service

**Reginald Attebury**
**4524 Lewis Avenue**
**Eureka, CA 95503**

 X : **By First Class Mail** - I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in Oakland, California, for collection to the office of the addressee following ordinary business practices.

___ : **By Personal Service** - I personally caused delivery of each such envelope to the office of the addressee.

___ : **By Overnight Courier** - I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___ : **Facsimile** - (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D. CA)

I declare under penalty of perjury that the foregoing is true and correct. Executed June 2, 2015 at Alameda, California.

/s/ Kurt Micklow
Kurt Micklow