COX WOOTTON LERNER GRIFFIN
HANSEN & POULOS LLP
Galin G. Luk, California State Bar No. 199728
190 The Embarcadero
San Francisco, CA 94105
Telephone: (415) 438-4600
Facsimile:  (415) 438-4601

LE GROS BUCHANAN & PAUL
Dustin C. Hamilton, *Pro Hac Vice*
701 Fifth Avenue, Suite 2500
Seattle, WA  98104
Telephone:  (206) 623-4990
Facsimile:   (206) 467-4828

Attorneys for Defendant Triple Star, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD ATTEBURY, | At Law or In Admiralty |
| Plaintiff, | No. 3:14-cv-03039-SC |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |
| TRIPLE STAR LLC, and DOES 1-5, *in personam*, and F/V TRIPLE STAR, her engines, tackle, apparel, furniture, and appurtenances, *in rem*, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Reginald Attebury and Defendant TRIPLE STAR LLC, by their undersigned counsel, hereby stipulate and agree that all claims against

{28009-00152198;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
(Cause No. 3:14-cv-03039-SC) – Page 1

LE GROS BUCHANAN & PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

1  all parties in this matter shall be dismissed with prejudice,

2  each party to bear its own fees and costs.

3

   DATED this 16th day of October, 2015.

4

5

6  Law Offices of Frank De Santis     LE GROS BUCHANAN & PAUL

7  *s/ Frank De Santis*                *s/ Dustin C. Hamilton*
   Frank De Santis, CA State Bar       DUSTIN C. HAMILTON, Pro Hac
8  No. 110400                          Vice
   Attorneys for Plaintiff             701 Fifth Avenue, Suite 250
9  Reginald Attebury                   Seattle, Washington 98104-7051
   298 3rd Avenue                      Phone: 206-623-4990
10 Chula Vista, CA 91910               Fax:   206-467-4828
   Tel.  (415) 438-4600                dhamilton@legros.com
11 Fax   (415) 438-4601
   law@desantislawcenter.com           Attorneys for Defendant Triple
12                                     Star, LLC

13                                     COX WOOTTON LERNER GRIFFIN
                                       HANSEN & POULOS LLP
14
                                       *s/ Galin G. Luk*
15                                     Galin G. Luk, CA State
                                       Bar No. 199728
16                                     190 The Embarcadero
                                       San Francisco, CA 94105
17                                     Telephone: (415) 438-4600
                                       Facsimile:  (415) 438-4601
18
                                       Attorneys for Defendant Triple
19                                     Star, LLC

20

21

22

23

{28009-00152198;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL            LE GROS BUCHANAN
WITH PREJUDICE                                                & PAUL
(Cause No. 3:14-cv-03039-SC) – Page 2                    701 FIFTH AVENUE
                                                            SUITE 2500
                                                  SEATTLE, WASHINGTON 98104-7051
                                                         (206) 623-4990

**ORDER**

PURSUANT to the Stipulation of Plaintiff Reginald Attebury and Defendant TRIPLE STAR LLC, IT IS ORDERED that the above-captioned lawsuit is DISMISSED WITH PREJUDICE, each party to bear its own fees and costs.

DATED this __19__ day of __October__, 2015.

_____
THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

{28009-00152198;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
(Cause No. 3:14-cv-03039-SC) – Page 3

LE GROS BUCHANAN
& PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON 98104-7051
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Frank De Santis, CA State Bar No. 110400
>Law Offices of Frank De Santis
>298 3rd Avenue
>Chula Vista, CA 91910
>Tel.  (415) 438-4600
>Fax  (415) 438-4601
>law@desantislawcenter.com

>Galin G. Luk, CA State Bar No. 199728
>COX WOOTTON LERNER GRIFFIN
>HANSEN & POULOS LLP
>190 The Embarcadero
>San Francisco, CA 94105

I certify under penalty of perjury under the laws of the United States and Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 16th day of October 2015.

>*s/Stephanie Gurney*
>Legal Assistant
>LeGros Buchanan & Paul
>701 Fifth Avenue, Suite 2500
>Seattle, Washington 98104
>Telephone:  206-623-4990
>Facsimile:       206-467-2825
>E-mail:          sgurney@legros.com

{28009-00152198;1}
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
(Cause No. 3:14-cv-03039-SC) – Page 4

LE GROS BUCHANAN & PAUL
701 FIFTH AVENUE
SUITE 2500
SEATTLE, WASHINGTON  98104-7051
(206) 623-4990